**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DONATE DEGREE,

                Petitioner,                                      21 **CIVIL** 11012 (CS)(JCM)

      -against-                                         **JUDGMENT**

JOSEPH COREY, SUPERINTENDENT,

                Respondent.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated February 15, 2024, no objections to the Report and Recommendation (the "R&R") have been received, and the Court having reviewed the R&R for clear error. Finding no error, clear or otherwise, the R&R is adopted as the decision of the Court. The Petition is denied. A certificate of appealability will not issue; accordingly, the case is closed.

**Dated:** New York, New York

      February 15, 2024

                                                                    **RUBY J. KRAJICK**

                                                                      Clerk of Court

                                        **BY:**      *K. Mango*

                                                                        **Deputy Clerk**