**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
DONATE DEGREE,

                Petitioner,                              21 **CIVIL** 11012 (CS)(JCM)

    -against-                                      **JUDGMENT**

JOSEPH COREY, SUPERINTENDENT,

                Respondent.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 02, 2024, the Report and Recommendation (the "R&R") is adopted as the decision of the Court. The Petition is dismissed. As the Petition makes no substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253(c)(2). The judgment entered on February 15, 2024, (ECF No. 37), is vacated pursuant to Rule 60(b)(6).

**Dated:**  New York, New York

      May 03, 2024

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                          **Clerk of Court**

                                   **BY:**

                                             _____
                                                       **Deputy Clerk**